IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-021-KDB-DCK

| KENTON C CRABB, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) filed by Clifford C. Marshall, Jr., concerning J. Scott Broome, on February 16, 2023. J. Scott Broome seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) is **GRANTED**. J. Scott Broome is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: February 23, 2023

David C. Keesler
United States Magistrate Judge