IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-021-KDB-DCK

| KENTON C. CRABB, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Stipulation And Joint Motion To Amend The Case Caption" (Document No. 8) filed March 14, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Stipulation And Joint Motion To Amend The Case Caption" (Document No. 8) is **GRANTED**.

**IT IS FURTHER ORDERED** that: (1) Plaintiff shall file an Amended Complaint on or before March 15, 2023; (2) Defendant shall file an Answer, or otherwise respond to any Amended Complaint, within thirty (30) days; and (3) The Clerk of Court is directed to amend the case caption to substitute the Internal Revenue Service as Defendant.

**SO ORDERED**.

Signed: March 14, 2023

David C. Keesler
United States Magistrate Judge